■    In the Matter of JUANITA LEE, Appellant, v. JULE M. SUGARMAN, as Commissioner of the Department of Social Services of the City of New York, Respondent.— On July 2, 1973, this court granted appellant's motion for reargument of her appeal from a judgment of the Supreme Court, Queens

County, entered January 17, 1972, and ordered the appeal on the calendar for the September term for reargument. The judgment had theretofore been affirmed (*Matter of Lee v. Sugarman*, 40 A D 2d 951). Upon reargument, the previous affirmance of the judgment is adhered to, without costs. No opinion. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.